# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTHONY BAKER                                                                                                PLAINTIFF

v.                                        5:18CV00050-JLH-JTK

WENDY KELLEY, et al.,                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE